AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 07 C 7135

## SUMMONS IN A CIVIL CASE

S.E.I.U. Local No. 4 Pension Fund, and Hal
Ruddick, one of its Trustees

CASE NUMBER:

**JUDGE SHADUR
MAGISTRATE JUDGE COX**

V.

ASSIGNED JUDGE:

Oak Park Healthcare Center, L.L.C., an Illinois
limited liability company

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Oak Park Healthcare Center, L.L.C..
c/o Meyer Magence, Registered Agent
8320 Skokie Blvd.
Skokie, IL 60077

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Angell
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

-------------------------------
(By) DEPUTY CLERK

December 20, 2007
-------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 18'th, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Philip P. Ducar | Special Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

(G) Other (specify): Personally handed the Summons and the Complaint to Mr. Meyer Magence, the Registered Agent for the defendant, Oak Park Healthcare Center, L.L.C. Service was effected at the address of 8320 Skokie Blvd., in Skokie, Illinois, at the hour of 11:30 a.m., on Friday, January 18'th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 18'th, 2008       *Philip P. Ducar*
              Date                       *Signature of Server*
                                         Post Office Box # 911
                                         Tinley Park, Illinois 60477

                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.