**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                              Case Number: 07 C 7135

S.E.I.U. LOCAL NO. 4 PENSION FUND
and HAL RUDDICK, one of its Trustees
v.
OAK PARK HEALTHCARE CENTER, L.L.C.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Oak Park Healthcare Center, L.L.C.

| |
|---|
| NAME (Type or print)<br>Meyer Magence |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Meyer Magence |
| FIRM<br><br> |
| STREET ADDRESS<br>8320 Skokie Boulevard |
| CITY/STATE/ZIP<br>Skokie, IL 60077 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3124841 | TELEPHONE NUMBER<br>(847) 679-0008 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐