IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| S.E.I.U. LOCAL NO. 4 PENSION FUND, ) <br> and HAL RUDDICK, one of its Trustees, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> OAK PARK HEALTHCARE CENTER, ) <br> L.L.C., ) <br> ) <br> **Defendant.** ) | <br><br><br><br><br><br>Civil Action No. 07 C 7135 <br> **Judge Shadur** <br> **Magistrate Judge Cox** |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Thomas J. Angell, Brandon M. Anderson, & David G. Huffman-Gottschling
       Jacobs, Burns, Orlove, Stanton & Hernandez
       122 South Michigan Avenue, Suite 1720
       Chicago, IL 60603-2002

PLEASE TAKE NOTICE THAT, on the 7th day of February 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, APPEARANCES AND ANSWER OF DEFENDANT OAK PARK HEALTHCARE CENTER, L.L.C., and our appearance as counsel therefor, copies of which are attached hereto and herewith served upon you.

Respectfully submitted,

**OAK PARK HEALTHCARE CENTER, L.L.C.,
Defendant.**

/s/ KENNETH A. HENRY, ESQ.

KENNETH A. HENRY, ESQ. (ARDC # 01193457)
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com

MEYER MAGENCE, ESQ. (ARDC # 3124841)
8320 Skokie Boulevard
Skokie, IL 60077
(847) 679-0008

**CERTIFICATE OF SERVICE**

     KENNETH A. HENRY, an attorney, on oath states that, on February 7, 2008, he caused copies of the foregoing NOTICE OF FILING and CERTIFICATE OF SERVICE, and APPEARANCES and ANSWER OF DEFENDANT, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

Thomas J. Angell, Brandon M. Anderson, & David G. Huffman-Gottschling
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 60603-2002


                                                        KENNETH A. HENRY, ESQ.


KENNETH A. HENRY, ESQ. (ARDC # 01193457)
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
Tel: 312.857.0100/Fax: 312.857.1157
khenry@kahlaw.com

MEYER MAGENCE (ARDC # 3124841)
8320 Skokie Boulevard
Skokie, IL 60077
(847) 679-0008