## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7135 | **DATE** | 5/13/2008 |
| **CASE TITLE** | SEIU Local No. 4 vs. Oak Park Healthcare Center | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. It is hereby ordered that this case is dismissed without prejudice with leave to reinstate on or before July 31, 2008. Absent a timely filed motion, this order will become final on August 1, 2008.

■ [ For further detail see separate order(s).]　　Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|