

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

S.E.I.U. LOCAL NO. 4 PENSION FUND, )
and HAL RUDDICK, one of its Trustees )
)  Case No. 07 C 7135
        Plaintiffs )
)
v. )  Judge Shadur
)
)
)  Magistrate Judge Cox
OAK PARK HEALTHCARE CENTER, L.L.C., )
an Illinois limited liability company )
)
        Defendant. )

## Agreed Order

The parties by their respective attorneys hereby consent to the entry of this order pursuant to a settlement agreement.

IT IS HEREBY ORDERED THAT: This case is dismissed without prejudice and with leave to reinstate by motion on or before July 31, 2009. The parties shall bear their costs and attorney's fees as provided in the settlement agreement.

Agreed:

/s/Thomas J. Angell
Thomas J. Angell
Jacobs, Burns, Orlove,
Stanton, and Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, Illinois 60603-6145
(312) 372-1646

/s/ Kenneth A. Henry
Kenneth A. Henry
Signature by Permission
One North LaSalle Street, Suite 2200
Chicago, IL 60602-4106
(312) 857-0100

Entered:

DATED: May 13, 2008

_____
Judge Shadur