UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

S.E.I.U. Local No. 4 Pension Fund, et al.
                                    Plaintiff,

v.                                                       Case No.: 1:07−cv−07135
                                                         Honorable Milton I. Shadur

Oak Park Healthcare Center, L.L.C.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

MINUTE entry before Judge Honorable Milton I. Shadur:This Court's May 13, 2008 minute order is amended to reflect that this action is dismissed without prejudice with leave to reinstate by motion on or before July 31, 2009. The parties shall bear their costs and attorney's fees as provided in the settlement agreement.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.